IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL J. CAMPBELL,<br><br>        Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>        Respondent. | 8:20CV92<br><br>MEMORANDUM AND ORDER |

This matter is before the court on Respondent's Motion to Correct Respondent. (Filing 5.)[1] Upon consideration,

IT IS ORDERED that Respondent's Motion to Correct Respondent (filing 5) is granted. The clerk's office is directed to update the case caption to identify Respondent as "Scott R. Frakes."

Dated this 6th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] The court previously directed the clerk of the court to update the case caption to reflect the correct spelling of Respondent's name as "Scott Frakes." (Filing 3 at CM/ECF p. 6.)